# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1112

Wanda Brandon, et al.

Appellees

Michelle Johnson and Precious Mabry

Johnnie McCreary, et al.

Appellees

Angel Scott

Shenicquel Spotts, et al.

Appellees

Saidia McDaniel, et al.

v.

Board of Education of the City of St. Louis

Appellant

Kelvin R. Adams and Charles K. Burton

------------------------------

The Becket Fund for Religious Liberty

Amicus on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00635-SRC)

---

## ORDER

The motion of The Becket Fund for Religious Liberty for leave to file a brief amicus

curiae is granted, subject to review of the brief for compliance with the rules of procedure.

June 16, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler