# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 16, 2026

Andrea Rose Butler
BECKET FUND FOR RELIGIOUS LIBERTY
Suite 400
1919 Pennsylvania Avenue, N.W.
Washington, DC  20006

    RE:  26-1112  Wanda Brandon, et al v. Board of Education, St. Louis

Dear Counsel:

    The amicus curiae brief of The Becket Fund for Religious Liberty has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

    Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

                    Susan E. Bindler
                    Clerk of Court

NDG

Enclosure(s)

cc:    Joshua Elliot Douglass
      Luke W. Goodrich
      Kevin J. Kasper
      Timothy P. Kowalczyk
      Vincent DePaul Reese
      Ryan P. Schellert
      Ashley Michelle Wicks
      Serena S. Wilson-Griffin

      District Court/Agency Case Number(s):   4:22-cv-00635-SRC