# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:**     Joshua Elliot Douglass
**CC:**     Andrea Rose Butler
         Luke W. Goodrich
         Kevin J. Kasper
         Timothy P. Kowalczyk
         Vincent DePaul Reese
         Ryan P. Schellert
         Ashley Michelle Wicks
         Serena S. Wilson-Griffin

**DATE:**     July 09, 2026

**RE:**     26-1112  Wanda Brandon, et al v. Board of Education, St. Louis

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below. Your paper briefs cannot be accepted and you must submit 10 new paper covers correcting the deficiencies.

**Your new paper COVERS of the brief are due 5 days from the date of this notice.**

\_\_X\_\_\_The covers on the brief must be replaced with the correct color
\_\_\_\_\_Appellant's principal brief - Blue
\_\_\_\_\_Appellee's principal brief - Red
\_\_X\_\_\_Reply brief - Gray
\_\_\_\_\_Amicus or Intervenor's brief - Green

\_\_\_X\_\_Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your brief.

*Please send ten gray covers to the court and we will replace them on the current copies.  Please do not reproduce your entire brief.*

NDG