

KASPER
Law Firm, LLC

Kevin J. Kasper
Ryan P. Schellert
Attorneys at Law

July 9, 2026

Thomas F. Eagleton U.S. Courthouse
Attn: Clerk's Office
111 South 10th St., Rm 24.329
Saint Louis, MO 63102

Re: 26-1112  Wanda Brandon, et al v. Board of Education, St. Louis

Dear Clerk,

I hope this correspondence finds you well. Please accept this correspondence regarding availability for oral argument. Plaintiffs/Respondents are not available on the following dates:

October 19-23, 2026
November 16-20, 2026
December 14-18, 2026
February 8-12, 2027
March 15-19, 2027
May 10-14, 2027

Plaintiffs/Respondents are available on the following dates:

September 21-25, 2026
January 11-15, 2027
April 12-16, 2027
June 7-11, 2027

Please contact our office if you need any additional information.

Best Regards,

Kevin J. Kasper
KJK/alm

3930 South Old Highway 94 | Suite 108 | Saint Charles | Missouri | 63304
Office(636)922-7100     Fax(866)303-2874     www.kasperlawfirm.com