

**Vince D. Reese**
vreese@mickesotoole.com
12412 Powerscourt Dr., Suite 200, St. Louis, MO 63131
Tel 314.878.5600
www.mickesotoole.com

July 22, 2026

Clerk of the Court
U.S. Court of Appeals for the 8th Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

  Re: Case No. 26-1112
    Brandon, et al., v. Board of Education of the City of St. Louis

Dear Clerk,

  As requested, please see below regarding Appellant's availability for oral argument in this matter:

| *Dates* | *Availability* | *Description* |
| --- | --- | --- |
| September 21-25, 2026 | Unavailable | Counsel is scheduled for trial in *Christopher Winfrey v. St. Louis Public Schools*, Case No. 2422-CC00599, Circuit Court of the City of St. Louis. |
| October 19-23, 2026 | Available | |
| November 16-20, 2026 | Unavailable | Pre-Planned personal trip. |
| December 14-18, 2026 | Available | |
| January 11-15, 2027 | Likely Available | Counsel is scheduled for trial in *Guthrie v. Board of Trustees for Southern Illinois University et al,* Case Number: 3:23-cv-02989-GCS, U.S. District Court, S.D. Illinois. It is scheduled to start on January 4, 2027 and it is possible that the trial could carry over to the week of January 11. |
| February 8-12, 2027 | Unavailable | Counsel is scheduled for trial in *Jimmie Edwards v. SLPS v. St. Louis Public Schools*, Case No. 4:25-CV-00003-JMD, U.S. District Court, E.D. Missouri. |

| | | |
|---|---|---|
| March 15-19, 2027 | Available | |
| April 12-16, 2027 | Available | |
| May 10-14, 2027 | Unavailable | Counsel is scheduled for trial in *Navigate360 v. St. Louis Public Schools*, Case No. CV-2025-12-5814, Court of Common Pleas, Summit County, Ohio. |
| June 7-11, 2027 | Available | |

Respectfully,

*Vincent D. Reese*

Vincent D. Reese

VDR/bl
cc:     All Attorneys of Record