# In the United States Court of Appeals for the Eighth Circuit

WANDA BRANDON; ANDREW CRAIG; ALICE CROCKETT; AMIRA HERNDON; JOHNNNIE MCCREARY; TAMMY O'CONNOR; PAUL PERNICIARO; SHENICQUEL SPOTTS; JAMES APPLE; ANTHONY COMPARATO; MARC INGRAM; ANNE GILLESPIE; JEFFERY MCCAW,
*Plaintiffs-Appellees,*

MICHELLE JOHNSON; PRECIOUS MABRY; ANGEL SCOTT; SAIDIA MCDANIEL; ROCHELLE PAGE; LISA SCAILS-DANSBERRY; JEAN SLAVEN; QUINTON STEWART, *Plaintiffs,*

v.

BOARD OF EDUCATION OF THE CITY OF ST. LOUIS, *Defendant-Appellant,*
KELVIN R. ADAMS; CHARLES K. BURTON, *Defendants.*

On Appeal from the United States District Court
for the Eastern District of Missouri
Civil Case No. 4:22-cv-00635, Hon. Stephen R. Clark

## MOTION TO WITHDRAW
## TIMOTHY P. KOWALCZYK AS COUNSEL

Pursuant to Local Rule 27A(a)(12) and Federal Rule of Appellate Procedure 27, Timothy P. Kowalczyk, one of the counsel for Amicus Curiae, The Becket Fund for Religious Liberty, respectfully moves to withdraw as non-lead counsel in this appeal. As of August 7, 2026, Mr. Kowalczyk will no longer be an attorney with The Becket Fund for Religious Liberty. Amicus will continue to be represented by their lead counsel Andrea R. Butler, as well as Luke W. Goodrich, of The Becket Fund for Religious Liberty.

1

Appellate Case: 26-1112    Page: 1    Date Filed: 08/06/2026 Entry ID: 5669435

Date: August 6, 2026          Respectfully submitted,

*s/Timothy P. Kowalczyk*
ANDREA R. BUTLER
LUKE W. GOODRICH
TIMOTHY P. KOWALCZYK
THE BECKET FUND FOR
  RELIGIOUS LIBERTY
1919 Pennsylvania Ave., NW
  Suite 400
Washington, DC 20006
(202) 955-0095
*abutler@becketfund.org*

*Counsel for* Amicus Curiae

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 84 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(d)(2) and Fed. R. App. P. 32(f). This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the program used for the word count).

/s/ *Timothy P. Kowalczyk*
Timothy P. Kowalczyk

Appellate Case: 26-1112    Page: 3    Date Filed: 08/06/2026 Entry ID: 5669435

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 6, 2026, a true and correct copy of the foregoing motion of The Becket Fund for Religious Liberty was served electronically on the counsel registered for service via the CM/ECF system.

Date: August 6, 2026

/s/ *Timothy P. Kowalczyk*
Timothy P. Kowalczyk

4

Appellate Case: 26-1112   Page: 4   Date Filed: 08/06/2026 Entry ID: 5669435