# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1112

Wanda Brandon, et al.

Appellees

Michelle Johnson and Precious Mabry

Johnnie McCreary, et al.

Appellees

Angel Scott

Shenicquel Spotts, et al.

Appellees

Saidia McDaniel, et al.

v.

Board of Education of the City of St. Louis

Appellant

Kelvin R. Adams and Charles K. Burton

------------------------------

The Becket Fund for Religious Liberty

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00635-SRC)

_____

## ORDER

The motion to withdraw as counsel is granted.  Timothy P. Kowalczyk is granted leave to

withdraw from this case.

August 07, 2026


Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler